# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3848

_____

| | | |
|---|---|---|
| Stanley Logan, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Janet Napolitano,[1] Secretary, | * | **[UNPUBLISHED]** |
| Department of Homeland Security, | * | |
| Transportation Security Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: May 19, 2010
Filed: May 25, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Stanley Logan appeals from the district court's[2] order granting defendant summary judgment in his employment-discrimination action, and denying leave to

---

[1]Janet Napolitano has been appointed to serve as Secretary of the Department of Homeland Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[2]The HONORABLE CHARLES A. SHAW, United States District Judge for the Eastern District of Missouri.

amend the complaint. Having reviewed the record de novo, and in the light most favorable to Logan, we conclude that summary judgment was proper, and that the court did not abuse its discretion in denying leave to amend, for the reasons explained in the district court's thorough opinion. <u>See</u> <u>Kratzer v. Rockwell Collins, Inc.</u>, 398 F.3d 1040, 1043 (8th Cir. 2005) (grant of summary judgment is reviewed de novo); <u>Deutsche Fin. Servs. Corp. v. BCS Ins. Co.</u>, 299 F.3d 692, 700 (8th Cir. 2002) (denial of leave to amend is reviewed for abuse of discretion). Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

_____